UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KEITH F. BELL, PH.D., <br><br> Plaintiff, <br><br> -v- <br><br> PFLUGERVILLE ISD, JASON CECIL <br><br> Defendants. | §§§§§§§§§§§ Civil Action No. 6:19-cv-00024-ADA |

**PLAINTIFF'S VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff hereby files this Notice of Voluntary Dismissal With Prejudice as to defendants Pflugerville ISD and Jason Cecil (collectively referred to hereafter as "Defendants"). Defendants have not answered this case or otherwise appeared, nor have they filed motions for summary judgment. Accordingly, Defendants are dismissed from this case with prejudice immediately and without need for an order of the Court. There are no further defendants or claims, and this case should be closed.

Dated: April 25, 2019

                                              Respectfully submitted,

                                              *s/Joshua Jones*
                                              Joshua G. Jones
                                                 State Bar No. 24065517
                                              **CONNOR, KUDLAC, LEE, PLLC**
                                              609 Castle Ridge Road, Ste. 450
                                              Austin, TX 78746
                                              Telephone: 512.552.6123
                                              josh@connorkudlaclee.com

.
                                              *s/C. Ashley Callahan*
                                              C. Ashley Callahan
                                                 State Bar No. 24027545
                                              **LAW OFFICES OF C. ASHLEY CALLAHAN, P.C.**
                                              The Haehnel Building
                                              1101 East 11th Street
                                              Austin, TX 78702
                                              Telephone: 512.817.3977
                                              Telecopier: 512.287.3127
                                              acallahan@callahanlawoffices.com

                                              **ATTORNEYS FOR PLAINTIFF**